## 44791. LEVERICH et al. v. RODDENBERRY FARMS, INC.
### (363 SE2d 543)

WELTNER, Justice.

The only issue in this case is whether Leverich's contention (that Roddenberry Farms damaged his property by diverting water onto his land) alleges a continuing nuisance, and hence is governed by the four-year statute, as contained in OCGA § 9-3-30.

In *Cox v. Cambridge Square Towne Houses,* 239 Ga. 127 (236 SE2d 73) (1977), we held that similar damages (continuing indefinitely, as is alleged in this case) constituted a continuing nuisance. *Cox,* supra, is applicable to this case, and Leverich's claim, being one for a continuing nuisance, is governed by the four-year statute.

*Judgment reversed. All the Justices concur.*

DECIDED JANUARY 13, 1988.

*Ronnie Joe Lane,* for appellants.

*Robert B. Langstaff,* for appellee.